CLEMENS A. AKA, Respondent, *v.* JOHN J. ANDERSON, Appellant.

*Jury.*—Foster v. Kirby, 31 Mo. 496; and Vaughan v. Scade, 30 Mo. 600, affirmed.

*Appeal from St. Louis Law Commissioner's Court.*

*Doan & Eaton,* for appellant.

BATES, Judge, delivered the opinion of the court.

The defendant's demand for a jury of twelve persons should have been granted. (Foster v. Kirby, 31 Mo. 496; Vaughan v. Scade, 30 Mo. 600.)

Judgment reversed and cause remanded. Judges Bay and Dryden concur.